**William A. HEWITT, Petitioner, v. Guy T. HELVERING, Commissioner, etc.**

**No. 10225.**

Circuit Court of Appeals, Eighth Circuit.

Jan. 17, 1935.

Phil D. Morelock, of Kansas City, Mo., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., for respondent.

PER CURIAM.

Petition to review decision of Board of Tax Appeals docketed and dismissed, without costs to either party in this court, on motion of respondent and consent of petitioner.